BEFORE THE FIRST DIVISION, MAY 26, 1949

**No. 53199.**—Alpha Importing Co. et al. *v.* United States, protests 961730–G, etc. (San Francisco).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.